Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed the Family Court order denying a motion to vacate, dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of the Claim of Lester A. Peters, Appellant. Janus Elevator Products, Respondent; Commissioner of Labor, Respondent.

Submitted January 18, 2011; decided February 15, 2011

Motion for reargument of motion for leave to appeal denied [see 15 NY3d 950 (2010)].

S.M. Pires, Appellant, v Frota Oceanica Brasileira, S.A., Respondent, et al., Defendants.

Submitted January 3, 2011; decided February 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

S.M. Pires, Appellant, v Frota Oceanica Brasileira, S.A., Respondent, et al., Defendants.

Submitted December 6, 2010; decided February 15, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as pertains to the motion in that Court for the imposition of sanctions, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the order do not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.